# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>**COLBY JOHN KOPP**<br>and<br>**ADRIANA BEATRICE SUTTON**<br><br>*Defendant(s)* | Case No. 1:22-MJ-25<br><br>**UNDER SEAL** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __April 2020 - February 2021__ in the city/county of __Prince William County__
in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841(a)(1) and 846 | Conspiracy to distribute at least 40 grams of fentanyl. |

This criminal complaint is based on these facts:
SEE AFFIDAVIT

☑ Continued on the attached sheet.
Reviewed by AUSA/SAUSA

Rachael C. Tucker
*Printed name and title*

*Complainant's signature*

Brian Cramer, FBI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
telephone _____ *(specify reliable electronic means)*.

Date: 2/10/2022

John F. Anderson
Digitally signed by John F. Anderson
Date: 2022.02.10 15:48:31 -05'00'
*Judge's signature*

City and state: Alexandria, VA

The Hon. John F. Anderson, U.S. Magistrate Judge
*Printed name and title*