IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA

v.

COLBY JOHN KOPP, and

ADRIANA BEATRICE SUTTON,

*Defendants*.

**UNDER SEAL**

Case No. 1:22-MJ-25

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Brian Cramer, being duly sworn, depose and state the following:

**INTRODUCTION**

1.      This affidavit is submitted in support of a criminal complaint and arrest warrant

charging COLBY JOHN KOPP ("KOPP") and ADRIANA BEATRICE SUTTON ("SUTTON"),

with knowingly, intentionally, and unlawfully conspiring with others, known and unknown, to

distribute a mixture and substance containing 40 grams or more of a detectable amount of N-

phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide, commonly referred to as fentanyl, a

Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1)

and 846.

2.      I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have

been so employed since October 2017. I am currently assigned to the Washington Field Office,

Northern Virginia Resident Agency. I am on a squad that investigates darknet related narcotics

trafficking and I have been assigned to this squad since November 2020. From 2017 to 2020, I

was assigned to the Northern Virginia Violent Crimes Task Force. Prior to being a Special Agent

with the FBI, I was a Deputy Sheriff with the Hillsborough County Sheriff's Office in Tampa, Florida and was so employed from March 2013 to April 2017. I have received formal training in the investigation of violent crimes, including specialized training in forensic evidence collection. I have investigated or assisted in the investigation of several cases involving violent criminal activity, narcotics and crimes against persons and property. I have been a sworn law enforcement officer during all times herein.

3.      The facts and information contained in this affidavit are based upon my training and experience, participation in this and other investigations, personal knowledge, and observations during the course of this investigation, as well as the observations of other individuals involved in this investigation. All observations not personally made by me were relayed to me by the individuals who made them or were conveyed to me by my review of the records, documents, and other physical evidence obtained during the course of the investigation. This affidavit is meant to convey information necessary to support probable cause for the requested complaint and arrest warrant and is not intended to include each and every fact observed by me or known to the government. The inferences and conclusions I draw from the evidence included in this affidavit are what I believe based on my training, experience, and knowledge of the investigation.

## PROBABLE CAUSE

4.      The United States, including the FBI and the U.S. Postal Inspection Service ("USPIS"), is conducting a criminal investigation of a darknet market ("DM") vendor that operates using the moniker "MadHatterPharma" and Wickr[1] account username "hatmatter." A DM is a hidden commercial website that operates on a portion of the Internet that is often referred to as the

---

[1]Wickr is an end-to-end encrypted communications application accessed via mobile telephones and computers.

TOR network, darkweb, or Darknet. A DM operates as a black market, selling or brokering transactions involving legal products as well as drugs, weapons, counterfeit currency, stolen credit card details, forged documents, unlicensed pharmaceuticals, steroids, and other illicit goods.

5.      Individuals typically purchase narcotics through DMs from vendors, who accept digital currency such as Bitcoin for payment. Vendors are the darknet's sellers of goods and services, often of an illicit nature, and they do so through the creation and operation of "vendor accounts" on DMs. Customers, meanwhile, operate "customer accounts." Vendor and customer accounts are not identified by numbers, but rather monikers or "handles," much like the username one would use on a clear web site. If a moniker on a particular marketplace has not already been registered by another user, vendors and customers can use the same moniker across multiple marketplaces. Based on customer reviews, vendors can become well known as "trusted" vendors. It is also possible for the same person to operate multiple customer accounts and/or vendor accounts at the same time. For example, based on my training and experience, I know that one person could have a vendor account that he or she uses to sell illegal goods on a DM in exchange for cryptocurrency; that same vendor could also have a different customer account that he or she uses to purchase illegal goods from other vendors. I know from training and experience that one of the reasons darknet vendors have multiple monikers for different vendor and customer accounts is to prevent law enforcement from identifying which accounts belong to the same person and who the actual person is that owns or uses the accounts.

6.      In August 2020, the FBI reviewed a vendor profile for MadHatterPharma on a DM known as Empire Market. The profile indicated that the account was created on May 4, 2020 and that the vendor had completed at least 554 sales at that time. The profile offered two listings for the same product which was "M/30 OXYCODONE PERCOCET 30MG." Within the product

description, the pills were described as "Pressed with fent and morphine" and "PRODUCT IS STRONG! START WITH HALF A PILL AND MOVE UP FROM THERE! PILLS ARE MADE WITH HIGH QUALITY INGREDIENTS! Professional stealth and pharmacy grade compression binder used. Pills are hard and don't crumble during shipping." The pills were listed for $9 each for orders of up to 99 pills and the price was scaled so each pill was $7 for orders between 301 and 9999 pills. The profile also stated, "MIN ORDER 20 FOR RETURNING CLIENTS! 1st TIMERS PLEASE GET 10!" As a narcotics investigator, I know that "fent" is a reference to fentanyl. I also know that Percocet pills produced by legitimate pharmaceutical companies do not contain fentanyl and/or morphine. I also know that darknet drug vendors often place additional items in the packaging with the drugs in an attempt to avoid detection by carriers and/or law enforcement personnel. This packaging strategy is commonly referred to by vendors as "stealth."

7.      The "About" page of the profile stated, in part, "We are an experienced group of professionals that have been in the game for years . . . We specialize in bulk shipping. Our prices for all products we offer will be focused on bulk supply. We like to be the plug's plug . . . We look forward to working with you all, lets all get fucking rich!"

8.      On or about August 14, 2020, an FBI employee operating in an undercover capacity, hereafter referred to as "UC," accessed Empire Market and ordered 10 pills from MadHatterPharma for $100. The pills were advertised as "/M/30 OXYCODONE PERCOCET 30MG." MadHatterPharma provided a Bitcoin address where the UC could send the Bitcoin payment. The UC provided an address in northern Virginia, within the Eastern District of Virginia, where MadHatterPharma could send the pills. The UC then deposited the Bitcoin as payment for the pills.

9.      Several days later, law enforcement retrieved a U.S. Postal Service ("USPS") Priority Mail envelope at the address designated by the UC. The envelope contained paper, multiple envelopes, and a silver pouch that contained 10 blue pills. The pills had "M" stamped on one side and "30" on the other. The pills were analyzed by the DEA Mid-Atlantic Laboratory and tested positive for fentanyl and weighed a total of 2.27 grams.

10.     The envelope had a return address of Philmont, New York. USPIS personnel reviewed the USPS business records for the tracking number of the envelope and discovered that it was mailed from the Riverton Post Office in Riverton, Connecticut, along with 12 other parcels marked with the same sender name and return address on the same day.

11.     Investigators obtained records from Coinbase, a company that provides a secure platform to buy, sell, and store cryptocurrency like Bitcoin. The records indicated that the Bitcoin address provided by MadHatterPharma to the UC via Empire Market on August 14, 2020 was associated with a Coinbase account registered to KOPP.

12.     As part of the "Know Your Customer" ("KYC") requirements from Coinbase, KOPP was required to submit a photo of himself and a photo of his driver's license. I compared the photo of KOPP that he submitted to Coinbase (seen below) and a photo from KOPP's driver's license I obtained from the Connecticut Department of Motor Vehicles and confirmed that it is the same person.

13.    On or about August 23, 2020, Empire Market went offline. On or about August 25, 2020, MadHatterPharma posted a message on a darknet discussion forum that it was accepting orders via direct deals and he directed customers to contact him though the private message function of the forum. The UC messaged MadHatterPharma on the darknet forum asking to conduct a direct deal. On September 1, 2020, MadHatterPharma responded via private message and provided the UC with a Bitcoin address where the UC could send the payment. That same day, MadHatterPharma posted a Pretty Good Privacy ("PGP") signed message on the same forum stating that he was the same MadHatterPharma that operated as a vendor on Empire Market before it became inaccessible.[2] The UC previously imported the PGP public key from the vendor profile for MadHatterPharma on Empire Market and verified that it was the same PGP public key that MadHatterPharma shared on the forum.

14.    Coinbase records indicated that the Bitcoin address provided by MadHatterPharma to the UC via the darknet forum on September 1, 2020 was associated with the same Coinbase account registered to KOPP as the Bitcoin address MadHatterPharma provided to the UC on August 14, 2020.

15.    On or about September 5, 2020, MadHatterPharma communicated with the UC via a private message on the forum and provided "hatmatter" as his username on Wickr so that the UC could contact him there. That same day, the UC contacted hatmatter via Wickr to place an order

---

[2]PGP is used on dark web markets to encrypt communications between vendors and customers. When a customer orders from a vendor or sends a vendor a message on a dark web market, that information may be stored in the marketplace's database. Given concerns that the marketplace server may be hacked or seized by law enforcement, vendors and customers often communicate via PGP encrypted means to address this security problem. A vendor has both a PGP private key and a public key. A customer can use the vendor's public key to encrypt a message. The vendor then uses the private key to decrypt the message. Vendors keep their private key secure but not their public key, which they put on their profile. This is done so customers may use a vendor's PGP public key to encrypt data sent to the vendor, such as the customer's name and address. Only the corresponding PGP private key, held by the vendor, can decrypt the data.

for 20 pills for $190. Hatmatter provided a Bitcoin address to the UC and the UC then deposited the Bitcoin as payment for the pills. The UC provided an address in northern Virginia, within the Eastern District of Virginia, where hatmatter could send the pills.

16.     Several days later, law enforcement retrieved a USPS Priority Mail envelope at the address designated by the UC. The envelope contained paper, multiple envelopes, and a black bag that contained 17 blue pills and several pieces of additional pills. The pills had "M" stamped on one side and "30" on the other. The pills were analyzed by the DEA Mid-Atlantic Laboratory and tested positive for fentanyl and weighed a total of 3.61 grams.

17.     The return address on the envelope was an address in Killingly, Connecticut. USPIS personnel reviewed the USPS business records for the tracking number of the envelope sent to the UC as part of the September 5, 2020 deal. The records indicated that the envelope was mailed from the Waterbury Post Office in Waterbury, Connecticut, along with 11 other parcels the same day that had the same sender name and return address.

18.     One day after receiving the September 5 order, the UC communicated with hatmatter on Wickr, writing, "Hey dude, got my pack yesterday. Unfortunately 3 pills got smooshed. Can you take care of me on the next order?" Hatmatter replied, "Yes sir" and "Sorry about that." The UC replied, "No worries. I'll order more this next round too." The UC continued, "Do you guys press your own stuff?  Size and color is a bit different from others I've gotten, just curious." Hatmatter replied, "Yes."

19.     Coinbase records show that the Bitcoin address provided by hatmatter on September 5, 2020 was associated with the Coinbase account registered to KOPP.

20.     A review of the records revealed that, after KOPP received money in his Coinbase account from the UC, KOPP then sent the Bitcoin from his Coinbase account to his PayPal account.

Specifically, on September 5, 2020, at approximately 1:24pm, the UC sent approximately $190 worth of Bitcoin to KOPP as payment for 20 pills. At approximately 2:05pm, KOPP sold the Bitcoin to Coinbase for approximately $184.52.[3] At approximately 3:41pm, KOPP transferred $591 from his Coinbase account to his PayPal account.

21.     The UC and hatmatter communicated via Wickr on September 16 and 18, 2020. Hatmatter told the UC that he was working on developing his own darknet site for drug sales. The UC wrote, "Damn that's legit. You got a background in that stuff? I'd be staring at a 'tor for dummies' book wanting to cry." Hatmatter replied, "Haha" and, "I am studying computer science and machine learning right now at uni." Later in the conversation, hatmatter stated, "I move kilos of coke in meat space." The UC asked what he meant by "meat space" and hatmatter replied, "Not on the computer." A public LinkedIn profile for KOPP lists KOPP as a student at the University of Connecticut.

22.     On September 26, 2020, the UC contacted hatmatter via Wickr to place an order for 100 pills. Hatmatter provided a Bitcoin address to the UC and the UC then deposited the Bitcoin as payment for the pills. The UC provided an address in northern Virginia, within the Eastern District of Virginia, where hatmatter could send the pills. Several days later, law enforcement retrieved a USPS Priority Mail envelope at the address designated by the UC. The envelope contained multiple additional envelopes and a silver pouch that contained a clear heat-sealed bag of 100 blue pills. The pills had "M" stamped on one side and "30" on the other. The pilled were analyzed by the DEA Mid-Atlantic Laboratory and tested positive for fentanyl, heroin, and tramadol and weighed a total of 25.9 grams.

---

[3]Coinbase charges a fee per transaction if Bitcoin is sold from a user's account to Coinbase.

23.     The return address on the envelope was listed as Waterbury, Connecticut. USPIS personnel reviewed the USPS business records for the tracking number for the envelope sent to the UC as part of the September 26, 2020 deal. The records indicated that the envelope was mailed from the Naugatuck Post Office in Naugatuck, Connecticut, along with two other parcels that same day that had the same sender name and return address.

24.     Coinbase records revealed that the Bitcoin address provided by hatmatter on September 26, 2020 was associated with the Coinbase account registered to KOPP. A review of those records revealed that, on September 26, 2020, at approximately 1:37pm, the UC sent approximately $750 worth of Bitcoin to KOPP in exchange for 100 pills. At approximately 8:29pm, KOPP transferred $1,740 from his Coinbase account to his PayPal account.

25.     On or about September 28, 2020, the UC communicated with hatmatter via Wickr. The UC had recently accessed the darknet market White House, and located a vendor account for MadHatterPharma, with the account status listed as, "BANNED." The UC mentioned to hatmatter that he was on White House and asked hatmatter if he had been banned on that DM. Hatmatter responded, "I sell fent." Based on my training and experience, I believe that hatmatter was banned by this particular DM because he openly sold fentanyl. I know that many of the DMs forbid the sale of fentanyl on their marketplaces.

26.     On October 6, 2020, the UC communicated with hatmatter via Wickr and engaged in the following exchange (messages sent by hatmatter are indicated with "HM"):

UC: There was a fair amount of color difference between the pills.  Maybe more obvious since I had a bigger order, but what's up with that

HM: Difference compressor

HM: Different

HM: Would you like to make another order?

9

UC: Different compressor in the same batch?

HM: Yes

HM: We ran out

UC: Oh ok so is this like a mix of the last batch and that new hotness

HM: Yes

UC: I was kinda concerned, like if the color isn't evenly distributed how do I know the fent is?

HM: I get you

HM: Would you like to make another order?

UC: Ok good to know. Is the new batch the same fent as the last one, just with more of it? Or did you use something different

UC: Not yet, I wanted to clear this up w/ you before I moved any of it

HM: Sam's fent

HM: Same fent

UC: I appreciate you hearing me out

HM: Only thing different is a di-calcium binder

27.    On October 13, 2020, the UC contacted hatmatter via Wickr to place an order for 100 pills in exchange for $750. Hatmatter provided a Bitcoin address to the UC and the UC then deposited the Bitcoin as payment for the pills. The UC provided an address in northern Virginia, within the Eastern District of Virginia, where hatmatter could send the pills. The UC asked, "Business good? Folks seemed to like the new batch." Hatmatter replied, "Yes" and "I sold 11 hundred packs so far today" and "That's not including local sales." Based on my training and

experience, I believe that hatmatter indicated that he sold drugs over the darknet/encrypted communications applications as well as typical "street" sales.

28.     Several days later, law enforcement retrieved a USPS Priority Mail envelope at the address designated by the UC. The envelope contained multiple additional envelopes and a silver pouch that contained a clear, heat-sealed bag of 100 pills. The pills had "M" stamped on one side and "30" on the other. The pills were analyzed by the DEA Mid-Atlantic Laboratory and tested positive for fentanyl and weighed a total of 20.22 grams.

29.     The return address on the envelope was an address in Bristol, Connecticut. USPIS personnel reviewed the USPS business records for the tracking number of the envelope sent to the UC as part of the October 13, 2020 deal. The records indicated that the envelope was mailed from the Waterbury Post Office in Waterbury, Connecticut, along with three other parcels the same day that had the same sender name and return address. It is noted that this Post Office was a different Post Office in Waterbury than the Waterbury Post Office used for the September 5, 2020 transaction, referred to in Paragraph 17, *supra*. I know that it is common for darknet drug vendors to utilize multiple UPS collection boxes or post offices when mailing contraband in an attempt to avoid detection.

30.     Coinbase records revealed that the Bitcoin address provided by hatmatter on October 13, 2020 was associated with the Coinbase account registered to KOPP. The records also revealed that, after KOPP received money in his Coinbase account from the UC, KOPP then sent the Bitcoin to a Coinbase account registered to Adriana SUTTON.

31.     Specifically, on October 13, 2020, at approximately 2:45pm, the UC sent approximately $750 worth of Bitcoin to KOPP in exchange for 100 pills. The next day, on October 14, 2020, at 7:19pm, KOPP sent approximately $750 worth of Bitcoin to Adriana SUTTON's

Coinbase account.[4] At approximately 10:17pm, SUTTON withdrew $700 from a Coin Cloud ATM located in Bristol, Connecticut.[5] A photograph from the Coinbase ATM of the individual who withdrew funds from SUTTON's account at approximately 10:17pm on October 14, 2020, appears below:



32.     I compared the individual in the above photograph to SUTTON's driver's license photograph and confirmed that the individual who appears in the above photograph is SUTTON.

33.     In October 2020, agents reviewed records provided by a company that sells pill press machines and tablet binder. The records revealed that KOPP purchased at least 11 kilograms of "Firmapress Baby Blue" over seven transactions between April 2020 and February 2021. Six of the seven orders were shipped to KOPP at an address located on James Street in Torrington, Connecticut. SUTTON listed the same James Street address on her Coinbase account. For six of the purchases, the phone number 860-XXX-2345 was listed as the "buyer phone number." The company's website listing for Firmapress describes it as "an all in one tableting mix" and "It is the

---

[4] The amount was slightly less than $750 because of the Coinbase transactional fee.
[5] Coin Cloud is a company that buys and sells Cryptocurrency with cash and provides Bitcoin ATMs around the United States.

easiest way to create high quality tablets." The company listed four ingredients in Firmapress to include di-calcium phosphate.

34.     In November 2020, agents reviewed records provided by another company that sells pill press machines, tablet binders, and parts and accessories. The records revealed that KOPP purchased accessories for a manual pill press machine on two occasions in July 2020. Some of the purchased equipment included die punches for stamping "M" and "30" into a pressed pill. The accessories were delivered in early August 2020 to the same James Street address in Torrington, Connecticut where the pill binder was delivered, and that SUTTON listed on her Coinbase account. Additionally, this company had the phone number 860-XXX-2345 as the contact number for KOPP. Based on my training and experience, I know that certain equipment is necessary to manufacture illegal pressed pills. The process involves mixing the controlled substance with a tablet binder and then pressing the powder into a pill that has the desired markings. I know that fentanyl is commonly distributed in the shape of blue pressed pills that have the same markings as pharmaceutically manufactured oxycodone pills, such as "M" on one side and "30" on the other side.

35.     I reviewed the subscriber information and call detail records for phone number 860-XXX-2345, which is serviced by T-Mobile. The number was activated on April 25, 2020 and there is no subscriber listed. I know that 860 is the area code assigned to an area in Connecticut. I also know that it is common for drug traffickers to use mobile telephones that are not subscribed in their name.

36.     On November 7, 2020, hatmatter contacted the UC via Wickr and offered a special on a 100-pack of pills. On November 9, 2020, hatmatter contacted the UC via Wickr and stated they would provide an additional 20% to an order placed by the UC. On November 13, 2020,

hatmatter contacted the UC via Wickr and asked if the UC wanted to order 100 pills. On November 16, 2020, the UC contacted hatmatter via Wickr to place an order for 100 pills. Hatmatter previously charged $750 for a 100-pill order but stated that this order needed to be $810. Hatmatter stated they were working on their own vendor site and were almost done. The UC placed the order for 100 pills.

37.     Hatmatter provided a Bitcoin address to the UC and the UC then deposited the Bitcoin for payment. Hatmatter advised that the package would be "made tonight and shipped tomorrow." The UC provided an address in northern Virginia, within the Eastern District of Virginia, where hatmatter could send the pills. Several days later, law enforcement retrieved a USPS Priority Mail envelope at the address designated by the UC. The envelope contained multiple additional envelopes and a clear, heat-sealed bag of 120 pills. The pills had "M" stamped on one side and "30" on the other. The pills were analyzed by the DEA Mid-Atlantic Laboratory and tested positive for fentanyl and heroin and weighed a total of 23.38 grams.

38.     The return address on the envelope was an address in Bristol, Connecticut. USPIS personnel reviewed the USPS business records for the tracking number of the envelope sent to the UC as part of the November 16, 2020 deal. The records indicated that the envelope was mailed from the Southington Post Office in Southington, Connecticut.

39.     Coinbase records revealed that the Bitcoin address provided by hatmatter on November 16, 2020 was associated with the Coinbase account registered to KOPP. The records also revealed that, after KOPP received money in his Coinbase account from the UC, KOPP then sent the Bitcoin from his Coinbase account to a Coinbase account registered to by SUTTON. On November 16, 2020, at approximately 2:43pm, the UC sent approximately $810 worth of Bitcoin to KOPP in exchange for 100 pills. At approximately 7:16pm, KOPP sent approximately $700

14

worth of Bitcoin to SUTTON's Coinbase account. At approximately 4:35pm, on November 17, 2020, SUTTON withdrew $1,180 from a Coin Cloud ATM located in Bristol, Connecticut. A photograph from the Coinbase ATM of SUTTON withdrawing the funds is below:



40.     On December 8, 2020, the UC contacted hatmatter via Wickr to place an order for 100 pills. Hatmatter stated that the cost for the 100 pills would be $9 per pill and the UC would receive the bonus 20% like he received on the previous order. Hatmatter advised that the pills would be, "as strong or a bit stronger." Hatmatter provided a Bitcoin address to the UC and the UC then deposited the Bitcoin for payment. The UC provided an address in northern Virginia, within the Eastern District of Virginia, where hatmatter could send the pills.

41.     The Coinbase records for the Bitcoin address provided to the UC by hatmatter on December 8, 2020 revealed that the Bitcoin address was associated with the same Coinbase account registered to KOPP. The records also revealed that, after KOPP received money in his Coinbase account from the UC, KOPP then sent the Bitcoin to a Coinbase account registered to SUTTON.

42.     Specifically, on December 8, 2020, at approximately 12:11pm, the UC sent approximately $910 worth of Bitcoin to the Bitcoin wallet associated with MadHatterPharma on

Dark Market, a darknet marketplace.[6] At approximately 2:17pm, the wallet associated with MadHatterPharma sent approximately $500 worth of Bitcoin to KOPP's Coinbase account and approximately $575 worth of Bitcoin to SUTTON's Coinbase account. On December 9, 2020, SUTTON withdrew $1,500 from a Coin Cloud ATM located in Newington, Connecticut.

43.     Several days passed and the order was never received in the mail. The UC contacted hatmatter via Wickr on December 15, 16, 17, 18, 26, and 28, to get a status update on the order placed on December 8, 2020, but never received a response to any of the messages.

44.     On or about December 16, 2020, a review of Dark Market indicated that MadHatterPharma was last seen active on the market "1 day ago." The UC sent a private message to MadHatterPharma on Dark Market inquiring about the order that never shipped. MadHatterPharma never responded. On December 29, 2020, a review of Dark Market indicated that MadHatterPharma was last see active "12 hours ago." The UC again sent a private message to MadHatterPharma on Dark Market to ask about the December 8 order but never received a response.

45.     On December 30, 2020, MadHatterPharma posted a message on their vendor account on Dark Market that stated the following:

"Hello ALL!!!!!!!!"

"WE ARE BACK FROM VACATION MODE!!!"

"A FEW USERS ATTEMPTED TO SCAM US OUT OF TENS OF THOUSANDS OF DOLLARS BUT IT DIDN'T WORK AND WE ARE BACK AND HERE TO STAY!!"

"COME GET YOUR BLUES FOLKS!!!"

---

[6] MadHatterPharma created an account on DarkMarket in or around September 2020. As of December 10, 2020, MadHatterPharma had completed at least 187 sales representing at least 1,870 pills sold. German law enforcement seized the DarkMarket server in January 2021.

"IF YOU HAVE ANY QUESTIONS ABOUT OUTSTANDING ORDERS PLEASE MESSAGE MY WICKR "hatmatter" WITH ANY AND ALL QUESTIONS!"

46.     On January 4, 2021, a review of Dark Market indicated that MadHatterPharma was last seen active "17 hours ago." On January 4, 2021, the UC contacted hatmatter via Wickr to obtain the status of the order placed on December 8, 2020, but there was no response. On February 3, 2021, the UC contacted hatmatter via Wickr and asked hatmatter if he was still in business and hatmatter responded "yes." The UC asked about the order placed on December 8, 2020 that never arrived. Hatmatter never responded. There has been no response from hatmatter since February 3, 2021.

47.     All the packaging that MadHatterPharma and hatmatter used to mail the orders to the UC was sent to the FBI Laboratory located at Quantico, Virginia for fingerprint analysis. The following results were obtained:

| Date of Order | Results |
|---|---|
| 08/14/2020 | Six unknown prints |
| 09/05/2020 | UCC-1 |
| 09/26/2020 | UCC-1 UCC-2 |
| 10/13/2020 | USPS employee only |
| 11/16/2020 | UCC-1 UCC-2 |

48.     A review of call detail records indicated that KOPP had telephone contact with UCC-1 at least 29 times, from October 29, 2020 to November 18, 2020.  Those same records indicated that KOPP had telephone contact with three phone numbers associated with UCC-2 over 1,000 times, from August 16, 2020 to December 4, 2020.

49.  A review of call detail records indicates that KOPP had telephone contact with SUTTON approximately 1,500 times between October 10, 2020, and January 28, 2021.

50.  From June 22, 2020 through December 1, 2020, KOPP transferred Bitcoin to SUTTON a total of 11 times. On each occasion, SUTTON withdrew the funds from a Coin Cloud ATM within 24 hours of KOPP transferring it to her.

## CONCLUSION

51.  Based on the facts set forth above, I respectfully submit there is probable cause to believe that, from at least in or about April 2020 up to and including February 2021, in the Eastern District of Virginia and elsewhere, the defendants COLBY JOHN KOPP and ADRIANA BEATRICE SUTTON engaged in a conspiracy to distribute a mixture and substance containing 40 grams or more of a detectable amount of fentanyl, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

Respectfully submitted,

Brian Cramer
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to in accordance with Fed. R. Crim. P. 4.1
by telephone on February 10, 2022.

John F.
Anderson

Digitally signed by John F.
Anderson
Date: 2022.02.10 15:47:09
-05'00'

The Honorable John F. Anderson
United States Magistrate Judge