# Criminal Case Cover Sheet

**FILED:** REDACTED

U.S. District Court

**Place of Offense:** ☒ Under Seal

| | |
|---|---|
| City: | |
| County: | Prince William |

Superseding Indictment:  
Same Defendant:  
Magistrate Judge Case No.: 1:22-MJ-25  
Search Warrant Case No.:  

Judge Assigned:  
**Criminal No.**:  
New Defendant: X  
**Arraignment Date:**  
R. 20/R. 40 From:  

## Defendant Information:

**Defendant Name:** COLBY JOHN KOPP  
Alias(es):  
☐ Juvenile  FBI No.:  

**Address:** Windsor, CT 06095  

**Employment:**  

**Birth Date:** X/XX/1999  **SSN:** XXX-XX-9315  **Sex:** Male  **Race:** White  **Nationality:**  

**Place of Birth:**  Height:  Weight:  Hair: Brown  Eyes:  Scars/Tattoos:  

☐ Interpreter  **Language/Dialect:**  Auto Description:  

## Location/Status:

**Arrest Date:**  ☐ Already in Federal Custody as of:  in:  

☐ Already in State Custody   ☐ On Pretrial Release   ☐ Not in Custody  
☒ Arrest Warrant Requested   ☐ Fugitive   ☐ Summons Requested  
☐ Arrest Warrant Pending   ☐ Detention Sought   ☐ Bond  

## Defense Counsel Information:

| Name: | | ☐ Court Appointed | Counsel Conflicts: |
|---|---|---|---|
| Address: | | ☐ Retained | |
| Phone: | | ☐ Public Defender | ☐ Federal Public Conflicted Out |

## U.S. Attorney Information:

**AUSA(s):** Rachael Tucker  **Phone:** 703-838-2622  **Bar No.:**  

## Complainant Agency - Address & Phone No. or Person & Title:

Brian Cramer, FBI Special Agent

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 21 U.S.C. 841(a)(1) and | Conspiracy to distribute fentanyl. | 1 | Felony |
| Set 2: | | | | |

**Date:** 2/8/2022  **AUSA Signature:** *Rachael C. Tucker*  may be continued on reverse

# Criminal Case Cover Sheet

**U.S. District Court**

FILED: REDACTED

**Place of Offense:** ☒ Under Seal

**Judge Assigned:**

City:
Superseding Indictment:
**Criminal No.**

County: Prince William
Same Defendant:
New Defendant: X

Magistrate Judge Case No.: 1:22-MJ-25
**Arraignment Date:**

Search Warrant Case No.:
R. 20/R. 40 From:

## Defendant Information:

**Defendant Name:** ADRIANA BEATRICE SUTTON
Alias(es):
☐ Juvenile  FBI No.:

**Address:** Torrington, CT 06790

Employment:

**Birth Date:** XX/XX/95   **SSN:** XXX-XX-4320   **Sex:** Female   Race: African American   Nationality:

**Place of Birth:**   Height:   Weight:   Hair: Black   Eyes:   Scars/Tattoos:

☐ Interpreter   **Language/Dialect:**   Auto Description:

## Location/Status:

**Arrest Date:**   ☐ Already in Federal Custody as of:   in:

☐ Already in State Custody   ☐ On Pretrial Release   ☐ Not in Custody
☒ Arrest Warrant Requested   ☐ Fugitive   ☐ Summons Requested
☐ Arrest Warrant Pending   ☐ Detention Sought   ☐ Bond

## Defense Counsel Information:

Name:   ☐ Court Appointed   Counsel Conflicts:
Address:   ☐ Retained
Phone:   ☐ Public Defender   ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

**AUSA(s):** Rachael Tucker   **Phone:** 703-838-2622   Bar No.:

## Complainant Agency - Address & Phone No. or Person & Title:

Brian Cramer, FBI Special Agent

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 21 U.S.C. 841(a)(1) and | Conspiracy to distribute fentanyl. | 1 | Felony |
| Set 2: | | | | |

**Date:** 2/8/2022   **AUSA Signature:** *Rachael C. Tucker*   *may be continued on reverse*