AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

SEP - 9 2022

United States
*Plaintiff*

v.

Colby Kopp
*Defendant*

Case No. 1:22-mj-25

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Colby Kopp

Date: 9-9-22

*Attorney's signature*

Robert L. Jenkins Jr.
*Printed name and bar number*

1010 Cameron Street
*Address*

RJenkins@Bynum And Jenkins Law
*E-mail address*

703 309 0899
*Telephone number*

*FAX number*