AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>COLBY JOHN KOPP<br><br>*Defendant* | )<br>)  Case No.  1:22-MJ-25<br>)<br>)  **UNDER SEAL**<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* **COLBY JOHN KOPP**, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute at least 40 grams of fentanyl, in violation of 21 USC 841(a)(1) and 846

Date: 02/10/2022

City and state: Alexandria, Virginia

*Issuing officer's signature:* John F. Anderson (Digitally signed by John F. Anderson, Date: 2022.02.10 15:47:36 -05'00')

*Printed name and title:* The Honorable John F. Anderson, U.S. Magistrate Judge

### Return

This warrant was received on *(date)* 2/15/22, and the person was arrested on *(date)* 9/9/22
at *(city and state)* Alexandria, Virginia.

Date: 9/9/22

*Arresting officer's signature:* [signature]

*Printed name and title:* Jason Winston (DUSM)