| | |
|---|---|
| | TYPE OF HEARING: <u>PH/DH</u> |
| | CASE NUMBER: <u>1:22-mj-25</u> |
| | MAGISTRATE JUDGE: <u>Ivan D. Davis</u> |
| | DATE: <u>9/12/2022</u> |
| EASTERN DISTRICT OF VIRGINIA | TIME: <u>2:00 p.m.</u> |
| | DEPUTY CLERK: <u>Laura Guerra</u> |
| UNITED STATES OF AMERICA | |
| VS. | |

<u>     **Colby John Kopp**            </u>

<u>Govt Counsel</u>:  Rachel Tucker

<u>Deft Counsel</u>:  Robert Jenkins

<u>Duty AFPD</u>:

<u>Interpreter</u>:

Deft informed of rights, charges, and penalties ( )
Deft informed of rights, and violations (  )
Court to appoint counsel:(  ) FPD (  ) CJA (  ) Conflict List (  )
Counsel for the parties and the defendant were orally advised of the disclosure obligations set forth in Brady v. Maryland, 373 U.S. 83 (1963) and its progeny (x)

Gov't adduced evidence and rests. Affidavit admitted into evidence as gov't exhibit number one. Court finds PC. Matter continued for further proceedings before the Grand Jury.

Gov't seeks detention. Deft argues for release with conditions – Granted.  Deft placed on PR bond with conditions.

**<u>NEXT COURT APPEARANCE:</u>**