JS 45 (01/2008)

**REDACTED**

Criminal Case Cover Sheet                                                               U.S. District Court

**Place of Offense:**        Under Seal: Yes___ No _X_    Judge Assigned: Leonie M. Brinkema

City _____ Superseding Indictment _____ Criminal Number: 1:22-CR-190

County/Parish _Prince William_ Same Defendant __X__ New Defendant _____

                 Magistrate Judge Case Number 1:22-MJ-25 _____ arraignment Date: _____

                 Search Warrant Case Number _____

                 R 20/R 40 from District of _____

                 Related Case Name and No: 1:22-CR-62 U.S. v. Sutton, Adriana Beatrice

**Defendant Information:**

Juvenile --Yes___ No _X_   FBI # _____

**Defendant Name:** Colby John Kopp       Alias Name(s) a.ka. Madhatterpharma, a.ka. Hatmatter

**Address:** Windsor, CT 06095

**Employment:** _____

**Birth date** x/xx/1999   **SS#** xxx-xx9315   **Sex** M   **Def Race** White   Nationality _____   Place of Birth _____

Height _____ Weight _____ Hair Brown Eyes _____ Scars/Tattoos _____

    Interpreter: _X_ No ___ Yes List language and/or dialect: _____ Automobile Description _____

**Location Status:**

Arrest Date   09/09/2022

___ Already in Federal Custody as of _____ in _____

___ Already in State Custody     ___ On Pretrial Release     ___ Not in Custody

___ Arrest Warrant Requested    ___ Fugitive            _x_ Summons Requested

___ Arrest Warrant Pending      ___ Detention Sought     _x_ Bond

**Defense Counsel Information:**

Name: Robert Lee Jenkins, Jr     ___ Court Appointed     Counsel conflicted out: _____

          1010 Cameron Street

Address: Alexandria, VA 22314     ___ Retained

Telephone: 703-309-0899     ___ Public Defender     Federal Public Defender's Office conflicted out: _____

**U.S. Attorney Information:**

AUSA Rachael C. Tucker     Telephone No: (703) 299-3700     Bar # _____

**Complainant Agency, Address & Phone Number or Person & Title:**

FBI SA Brian Cramer, 703-686-6038

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 21 U.S.C §§ 841(a)(1) and 846 | Conspiracy to distribute fentanyl | 1 | Felony |
| Set 2 | | | | |
| Set 3 | | | | |

(May be continued on reverse)

Date: October 12, 2022     Signature of AUSA: _[signature]_