IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA,

    v.                                      CR. NO. 22-cr-00190

COLBY JOHN KOPP.

## UNOPPOSED MOTION TO CONTINUE ARRAIGNMENT

Comes now counsel for the defendant, COLBY JOHN KOPP, and moves this Honorable Court to continue the arraignment date in the above-captioned matter. In support of which, counsel states the following:

1. This matter is currently set for arraignment on October 18, 2022.
2. The defendant resides in the Connecticut.
3. In order to participate in the arraignment of this matter the defendant would be required to incur travel expenses. The defendant is of limited financial ability.
4. The defendant did not receive notice of the arraignment until October 17, 2022.
5. The defendant is able to secure the necessary funds to arrange travel to this district on October 28, 2022.
6. Counsel has conferred with government counsel concerning this request. The government does not oppose the granting of the instant motion.

I Ask For This:

_____
Robert L. Jenkins, Jr., Esq.
Virginia State Bar No.: 39161
Bynum & Jenkins Law
1010 Cameron Street
Alexandria, Virginia 22314
(703) 309 0899 Telephone

(703) 229-8652 Fax
RJenkins@BynumAndJenkinsLaw.com
Counsel for the Defendant COLBY JOHN KOPP

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and accurate copy to be served on all counsel of record via ECF on this October 17, 2022.

_____
Robert L. Jenkins, Jr., Esq.
Virginia State Bar No.: 39161
Bynum & Jenkins Law
1010 Cameron Street
Alexandria, Virginia 22314
(703) 309 0899 Telephone
(703) 229-8652 Fax
RJenkins@BynumAndJenkinsLaw.com
Counsel for the Defendant COLBY JOHN KOPP