IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA,

v.                                                                CR. NO. 22-cr-00190

COLBY JOHN KOPP.

**ORDER**

This matter came on a request by the defendant to continue the arraignment set in this matter from October 18, 2022, to October 28, 2022. For good reason, and without opposition, the motion is granted.

So Ordered

_____
United States District Court Judge

Entered:   _____

1