IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA,

     v.                            CR. NO. 22-cr-00190

COLBY JOHN KOPP.

## ORDER

This matter came on a request by the defendant to continue the arraignment set in this matter from October 18, 2022, to October 28, 2022, *at 10:00am,* For good reason, and without opposition, the motion is granted.

So Ordered

_/s/_

Leonie M. Brinkema
United States District Judge

Entered: _10/17/22_

1