# UNITED STATES DISTRICT COURT CRIMINAL MINUTES

Date: 10/28/22          Judge: Brinkema          Reporter: S. Austin
Time: 9:28am - 10:07am                           Interpreter:
                                                 Language:
                                                 Probation Email:
                                                 Jury Email:

### UNITED STATES OF AMERICA
v.

COLBY JOHN KOPP                                  1:22cr190
Defendant's Name                                 Case Number

Madison Gibbs obo Robert Jenkins, Jr.            Rachael Tucker
**Counsel for Defendant:**                       **Counsel for Government**

**Matter called for:**
[X] Arraignment    [ ] Pre-Indictment Plea    [ ] Change of Plea    [ ] Motions
[ ] Sentencing     [ ] Revocation Hearing     [ ] Docket Call       [ ] Appeal (USMC)
[ ] Other _____
Deft appeared: [X] in person  [ ] failed to appear  [X] with Counsel  [ ] without Counsel  [ ] through Counsel

**Filed in open court:**
[X] Discovery Order  [ ] Information  [ ] Plea Agreement  [ ] Statement of Facts  [X] Waiver of Speedy Trial

**Arraignment & Plea:**
[X] WFA    [ ] FA    [ ] PG    [X] PNG    **Trial by Jury:** [X] Demanded    [ ] Waived
[X] **21** Days to file Motions with Argument on **12/20/2022** at **09:00am**
[ ] Deft entered Plea of Guilty as to Count(s) _____ of the _____
[ ] Plea accepted, **Guilty Count(s)** _____
[ ] Motion for Dismissal of Count(s) _____ by [ ] US  [ ] Deft
[ ] Order entered in open court       [ ] Order to follow
[X] Deft directed to check in with USPO after court --- [ ] Deft directed to cooperate with USPO for PSI
[X] Case continued to: **01/18/2023** at **10:00am** for: (3 days)
[X] Jury Trial    [ ] Bench Trial    [ ] Sentencing    [ ] Status

**Probation/Supervised Release Revocation Hearing:**
Defendant [ ] Admits   [ ] Denies violations of the conditions of probation/supervised release
Court: [ ] finds  [ ] does not find the defendant in violation of the conditions
[ ] Deft is committed to the custody of the BOP to serve a term of _____ months/days

Govt filed motion and order for protective order - Granted
Added condition: deft shall reappear on 12/20/22 at 9am and 1/18/23 at 10am

**Deft is:** [ ] In Custody  [X] Summons Issued  [ ] On Bond  [ ] Warrant Issued  [ ] 1st appearance

**Bond Set at:** $ _____   [ ] Unsecured  [ ] Surety  [ ] Personal Recognizance
[ ] Release Order Entered   [ ] Deft Remanded   [ ] Deft Released on Bond   [X] Deft Continued on Bond