

FILED
IN OPEN COURT
OCT 28 2022
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES of AMERICA, )
)
)
v. )
) Criminal No. 1:22cr190
Colby John Kopp, )
)
Defendant(s) )
)

WAIVER of RIGHTS PURSUANT TO TITLE 18,
UNITED STATES CODE, SECTION §3161(c)(1)

After consultation with my attorney, I am advised that the trial of a defendant charged in an information or indictment shall commence within SEVENTY (70) DAYS from the filing date (and making public) of the information or indictment, or from the date the defendant has appeared before a judicial officer of the court in which such charge is pending, whichever date last occurs.

Understanding this, I hereby consent to trial at such time as the Court may deem appropriate.

10-28-2022
Date

_____
Signature of Defendant

_____ (s/ Robert Jenkins)
Counsel for the Defendant

Seen & Agreed

_____
Government Counsel

/s/ _____
Leonie M. Brinkema
United States District Judge