IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRIGINIA
Alexandria Division

UNITED STATES OF AMERICA,

v.  Case No.:   1:22-cr-190

COLBY KOPP.

## JURY WAIVER

The defendant, COLBY KOPP, hereby waives his right to a trial by jury in the above-captioned action. The defendant's waiver is made after consultation with counsel. The defendant is aware of his right to a trial by jury. He further understands the consequences of waiving this right.

_____   Dated: 01/3/2023
Colby Kopp
Defendant

I hereby certified that I have reviewed with the defendant his right to a jury trial. To the best of my knowledge the defendant's waiver of this right is knowing and voluntary.

_____   Dated: 1-6-23
Robert L. Jenkins, Jr., Esq.