IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA,

v.  Case No.:  1:22-cr-190

COLBY KOPP.

## JURY WAIVER

The defendant, COLBY KOPP, hereby waives his right to a trial by jury in the above-captioned action. The defendant's waiver is made after consultation with counsel. The defendant is aware of his right to a trial by jury. He further understands the consequences of waiving this right.


_____  Dated: 01/3/2023
Colby Kopp
Defendant

I hereby certified that I have reviewed with the defendant his right to a jury trial. To the best of my knowledge the defendant's waiver of this right is knowing and voluntary.

_____  Dated: 1-6-23
Robert L. Jenkins, Jr., Esq.

The United States, through undersigned counsel and in accordance with Rule 23(a) of the Federal Rules of Criminal Procedure, hereby consents to the defendant's waiver of his right to a jury trial.

Jessica D. Aber
United States Attorney

By: _____  Dated: January 6, 2023
Rachael C. Tucker
Assistant United States Attorney