# UNITED STATES DISTRICT COURT CRIMINAL MINUTES

Date: 01/13/23  Judge: Brinkema  Reporter: S. Austin
Time: 9:58am - 10:29am  Interpreter: ___
  Language: ___
  **Probation Email**: x
  Jury Email: ___

## UNITED STATES OF AMERICA
  v.

  John Kopp Colby  1:22cr190
  Defendant's Name  Case Number

  Robert Jenkins  Rachael Tucker
  **Counsel for Defendant:**  **Counsel for Government**

**Matter called for:**
[ ] Arraignment  [ ] Pre-Indictment Plea  [X] Change of Plea  [ ] Motions
[ ] Sentencing  [ ] Revocation Hearing  [ ] Rule 35  [ ] Appeal (USMC)
[ ] Other ___

Deft appeared: [X] in person  [ ] failed to appear  [X] with Counsel  [ ] without Counsel  [ ] through Counsel

**Filed in open court:**
[ ] Information  [X] Plea Agreement  [X] Statement of Facts  [ ] Waiver of Indictment  [ ] Discovery Order

**Arraignment & Plea:**
[ ] WFA  [ ] FA  [X] PG  [ ] PNG  **Trial by Jury:** [ ] Demanded  [ ] Waived
[ ] Days to file Motions with Argument on ___ at ___
[X] Deft entered Plea of Guilty as to Count(s) 1 of the [X] Indictment -- [ ] Criminal Information
[X] Plea accepted, **Guilty Count(s)** 1
[ ] Motion for Dismissal of Count(s) ___ by [ ] US [ ] Deft
[X] Deft advised of appeal rights
[X] Deft directed to USPO for PSI --- [X] Deft directed to cooperate with USPO for PSI
[X] Case continued to: **04/18/2023** at **09:00am** for:
[ ] Jury Trial  [ ] Bench Trial  [X] Sentencing  [ ] Status

**Rule 35:**
[ ] US Rule 35 motion for reduction of sentence: [ ] Granted  [ ] Denied
Sentence of ___ Months heretofore imposed is REDUCED to a term of ___

**Probation/Supervised Release Revocation Hearing:**
Defendant [ ] Admits  [ ] Denies violations of the conditions of probation/supervised release
Court: [ ] finds  [ ] does not find the defendant in violation of the conditions
[ ] Deft is committed to the custody of the BOP to serve a term of ___ months/days
Added conditions: deft shall cooperate with probation for psir; shall reappear on 4/18/23 at 9:00am for sentencing
Deft directed to check in with probation and pretrial after court today

**Deft is:** [ ] In Custody  [ ] Summons Issued  [X] On Bond  [ ] Warrant Issued  [ ] 1st appearance

**Bond Set at:** $ ___  [ ] Unsecured  [ ] Surety  [ ] Personal Recognizance
[ ] Release Order Entered  [ ] Deft Remanded  [ ] Deft Released on Bond  [X] Deft Continued on Bond