IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Case No.:   1:22-cr-00190 |
| | : | |
| COLBY KOPP, | : | |
| Defendant. | | |

**UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING**

Comes now, the defendant COLBY KOPP, by and through counsel and moves this Honorable Court to continue the sentencing hearing set for April 18, 2023, to May 18, 2023. In support of which counsel states the following:

1. Mr. Kopp is currently set to be sentenced on April 18, 2023.

2. The presentence investigation report has been prepared in this matter.

3. At sentencing Mr. Kopp faces a mandatory minimum sentence of 120 months.

4. Mr. Kopp is released on conditions. He is in full compliance with these conditions.

5. In order to adequately address sentencing issues, the parties request additional time in order to determine Mr. Kopp's eligibility for a sentence below the mandatory minimum pursuant to USSG 5C1.3.

6. A continuance of the current sentencing hearing date would afford Mr. Kopp the opportunity to satisfy the aforementioned criteria.

7. A continuance would be in the interest of justice.

8. This request is unopposed by the government.

Wherefore, for the reasons stated herein the defendant respectfully moves this Honorable Court to continue the sentencing hearing in this matter from April 18, 2023, to May 18, 2023.

RESPECTFULLY SUBMITTED,

By Counsel

_____
Robert L. Jenkins, Jr., Esq.
Virginia State Bar No.:  39161
Bynum & Jenkins
1010 Cameron Street
Alexandria, VA  22314
703 309 0899 Telephone
703 549 7702 Fax
RJenkins@BynumAndJenkinsLaw.com
Counsel for COLBY KOPP

**CERTIFICATE OF SERVICE**

    I hereby certify that I caused a true copy of the foregoing to be served to all counsel of record via ECF on April 5, 2023, 2023.

    /s/ Robert L. Jenkins, Jr.
Robert L. Jenkins, Jr., Esq.
Virginia State Bar No.: 39161
Bynum & Jenkins
1010 Cameron Street
Alexandria, VA  22314
703 309 0899 Telephone
703 549 7702 Fax
RJenkins@BynumAndJenkinsLaw.com
Counsel for COLBY KOPP