IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Case No.:   1:22-cr-00190 |
| | : | |
| COLBY KOPP, | : | |
| Defendant. | | |

## **ORDER**

This matter came on the request of the defendant to continue the sentencing hearing set for April 18, 2023, to May 18, 2023. For good cause, and without objection, the motion is hereby granted.

SO ORDERED,

_____        _____
                                                                                  Entered