# SENTENCING HEARING

Judge Leonie M. Brinkema

Date: 04/18/23   Reporter: S. Austin
Start: 9:03am   End: 9:26am   Pretrial ofc present

# UNITED STATES of AMERICA   CASE NUMBER: 22CR190

Vs.

COLBY JOHN KOPP

Counsel/Govt.: Heather Call   Counsel/Deft.: Robert Jenkins
Court adopts PSI [ ] without exceptions [ ] with the following exceptions: _____

**SENTENCING GUIDELINES:**   Upon Motion of [ ] Deft [ ] Govt
Offense Level: 33   Court depart from G/L pursuant to:
Criminal History: I   [ ] USSG 5K1.1
Imprisonment Range: 135 to 168 months   [ ] USSG 5C1.2
Supervised Release Range: 4 to 5 years   [ ] USSG 5K2.12
Restitution: $ NA   [ ] USSG 5H1.4
Fine Range: $ 35,000.00 to $ 5,000,000.00   [ ] _____
Special Assessment: $ 100.00 per Count

**JUDGMENT of the COURT:**
BOP for **60** months, with credit for time served
Supervised Release for 5 Years
Supervised Probation for _____ Years
Restitution: $ na payable to _____
Fine: $ _____ [ ] Due Immediately [ ] Monthly payments of $_____ to begin _____ days from imposition of sentence/release
Special Assessment: $ 100.00 [ ]Satisfied [X] Due immediately
Fine/Costs Waived [X] Interest Waived [ ]

**SPECIAL CONDITIONS:**
___ Home Confinement for the first _____ days/months of supervision, at the deft=s expense, w/leave as directed by Court.
 x  Deft. to remain drug free, In/Out patient treatment as directed.
    ___ Deft to pay costs as able       x  Deft to waive privacy
 x  Deft. to participate in mental health eval, meds, counseling as directed.
     x  costs waived                    x  Deft to waive privacy
___ Pay Restitution of $ _____,[ ] Due Immediately [ ] Monthly payments of $_____to begin _____ days from release from custody.
 x  Access to all financial information/records
___ No New Credit/No Purchases over $_____ without prior approval.
___ Cooperate fully w/BICE, may not re-enter w/o permission during S/R.
___ Seek and maintain full time employment    ___Full-time education program
___ Drug Testing Waived
 x  Other: computer monitoring program

**RECOMMENDATION TO BOP:**

 x  Deft. to be designated to a Facility near Danbury Connecticut          .

 x  Residential Drug Abuse Treatment Program (RDAP)

Defendant: [X] Remanded [ ] Self Surrender/Bond cont.

Counsel has reviewed pgs 16-19 of psr with deft, no objections

Forfeiture order filed & entered in open court

Deft directed to check in with USM, pretrial & probation after court today