FILED
IN OPEN COURT

APR 18 2023

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA

v.

COLBY JOHN KOPP,

Defendant.

Criminal No. 1:22-cr-190

## CONSENT ORDER OF FORFEITURE

BASED UPON the plea agreement into which the defendant and the United States have

entered, and finding the requisite nexus between the property listed below and the offense to

which the defendant has pleaded guilty, IT IS HEREBY ORDERED THAT:

1.      The following property is forfeited to the United States pursuant to 21 U.S.C. §

853(a)(1):

> a. **A sum of money in the amount $51,909.54 which represents the
> proceeds the defendant obtained as a result of the violation in
> Count 1 of the Indictment and which sum shall constitute a
> monetary judgment against the defendant in favor of the
> United States.  This is a sum for which the defendant shall be
> solely liable.**

2.      A money judgment in the amount of $51,909.54 shall be included in the sentence

of the defendant.  The defendant stipulates and the Court finds that the requirements of 21 U.S.C.

§ 853(p) have been satisfied and that the government may, by motion filed pursuant to Fed. R.

Crim. P. 32.2(e), collect on its monetary judgment by all available means, as provided by law,

including but not limited to the forfeiture of directly forfeitable and substitute assets.

3.      As this Order provides only for a money judgment, rather than the forfeiture of

specific property, pursuant to Fed. R. Crim. P. 32.2(c)(1) no ancillary proceeding shall follow the

entry of this Order and this Order shall be the final order with respect to the money judgment.

Upon the subsequent seizure of any property to satisfy all or part of the judgment, the United

States shall comply with the notice and publication provisions of Fed. R. Crim. P. 32.2(b)(6).

4.      Upon entry of this order, the United States Attorney's Office is authorized to

conduct any appropriate discovery including depositions, interrogatories, requests for production

of documents and for admissions, and the issuance of subpoenas, to identify, locate, or dispose of

forfeitable property.

/s/

_____

Leonie M. Brinkema
United States District Judge

Alexandria, Virginia

Dated: April 18, 2023

The parties stipulate and agree that the monetary judgment set forth above represents the proceeds the defendant obtained as a result of the offense of conviction, as such proceeds are contemplated by 21 U.S.C. § 853(a)(1). The defendant hereby waives the requirements of Federal Rules of Criminal Procedure 11(b)(1)(J), 32.2, and 43(a) regarding notice of the forfeiture in the charging instrument, announcement of the forfeiture at sentencing, and incorporation of the forfeiture in the judgment, and consents to the entry of this order. The defendant further stipulates that the requirements of 21 U.S.C. § 853(p) have been satisfied. The defendant agrees not to file or interpose any claim to the property listed herein, in whole or in part, in any proceedings or manner whatsoever.

JESSICA D. ABER
UNITED STATES ATTORNEY

_____
Rachael C. Tucker
Assistant United States Attorney

SEEN AND AGREED TO:

_____
COLBY JOHN KOPP
Defendant

_____
Robert Jenkins
Counsel for Defendant